ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    helen.gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MIGUEL VASQUEZ, <br>     Defendant. | Case No. CR 17-00619 JD-01 <br><br> STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY |

    The government and the defendant in the above-captioned matter, by and through their counsel, hereby stipulate and request that the Court enter the following Protective Order governing the production of discovery in this action. The parties agree that this Protective Order applies to discovery deemed Confidential and subject to Protective Order produced prior to and after the date the Court signs the Protective Order. Finally, the parties agree that this Protective Order does not enlarge or alter their respective obligations under Federal Rule of Criminal Procedure 16.

    The defendant is charged with offenses under Title 21, United States Code, Sections 371 and 922. The United States already has started producing documents pertaining to the defendant and the charged offense to defense counsel. In the near future, the United States anticipates producing additional sensitive discovery including under seal court filings (collectively referred to as the



1  "Protected Information") that contain information concerning areas of investigation that are not yet
2  completed and individuals who have not been charged in a criminal case.  Specifically, the United States
3  anticipates producing search warrants, other orders, and accompanying documentation.

4      These documents are currently under seal with the Court.  The parties agree that the Court should
5  order that the Protected Information be made available to the attorney for the defendant subject to a
6  protective order limiting the dissemination of this information.

7      To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

8      **IT IS HEREBY ORDERED** that all Protected Information be marked as "Confidential" by the
9  United States when produced to the defense.  Defense counsel of record, her investigators, assistants,
10 employees, and independent contractors (collectively, "the defense team") may review with the
11 defendant all discovery material produced by the government.  All parties agree that no member of the
12 defense team shall provide a defendant with copies of, or permit defendant to make copies of, or have
13 unsupervised access to, the Protected Information.  The government and defense counsel are ordered to,
14 and shall continue to, work together to ensure that these materials are protected, but that defendant has
15 as much access to the materials as can be provided consistent with this Court's Order.

16     Defense counsel also may provide copies of Protected Information to any experts retained to
17 assist with the preparation of the defense in the captioned case.  The defendant, all members of the
18 defense team, and any experts who receive Protected Information under this Protective Order shall be
19 provided a copy of this Protective Order along with those materials and shall initial and date the
20 Protective Order reflecting their agreement to be bound by it.  This Protective Order shall also apply to
21 any copies made of any materials covered by this Protective Order.

22     The materials provided pursuant to this Protective Order may only be used for the specific
23 purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

24     **IT IS FURTHER ORDERED** that, if a defendant disagrees that material should be Protected
25 Information, counsel for that defendant shall meet and confer with the United States regarding the issue,
26 and the United States may, at its option, de-designate material as Protected Information.  If the parties
27 cannot agree on whether material should remain Protected Information, ~~the defendant may file a motion~~
28 ~~with the Court.~~  Until the Court rules on that motion, all materials designated as Protected Information

[PROPOSED] PROTECTIVE ORDER
No. CR 17-00619 JD-01                   2

*[handwritten: further will follow / the laughter standing / order in drawing / clerk mgr.]*

shall continue to be treated as Protected Information.

**IT IS FURTHER ORDERED** that neither the defendant nor any member of the defense team shall provide any Protected Information to any third party (*i.e.*, any person who is not a member of the defense team or a potential witness in the case) or make any public disclosure of the same, other than in a court filing, without the government's express written permission or further order of this Court. If a party files a pleading that references or contains or attaches Protected Information subject to this Protective Order, that filing must be under seal.[1]

**IT IS FURTHER ORDERED** that, except as otherwise provided in this Protective Order regarding defendant's review of the Protected Information, Protected Information shall not be provided to the defendant. If after the conclusion of the case, defendant is represented by new counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide new counsel with the documents and materials subject to and under the terms of this Protective Order. This stipulation is without prejudice to either party applying to the Court to modify the terms of the Protective Order, with respect to pro se litigation pursuant to 28 U.S.C. § 2255 or otherwise. This Court shall retain jurisdiction to modify this Protective Order upon motion of either party even after the conclusion of district court proceedings in this case.

DATED: March 28, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_/s/ HELEN L. GILBERT_
HELEN L. GILBERT
Assistant United States Attorneys

---

[1] This Order authorizes such filings under seal, and the parties are not required to seek additional authorization from the Court to do so.

[PROPOSED] PROTECTIVE ORDER
No. CR 17-00619 JD-01                    3

IT IS SO ORDERED.

DATED: April 5, 2018

_____
JOYCE LEAVITT
Attorney for Miguel Vasquez

_____
HON. JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

v.

MIGUEL VASQUEZ,

    Defendant.

Case No. 17-cr-00619-JD-1
*SEALED*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/11/2018, I SERVED a true and correct copy(ies) of the attached, by emailing said copy(ies) to the person(s) hereinafter listed.

Helen L Gilbert
U.S. Attorney's Office Northern District of California
Helen.gilbert@usdoj.gov

Joyce Leavitt
Federal Public Defender's Office
Joyce_leavitt@fd.org

Dated: 4/11/2018

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO